UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

YONIS ABDI,

    Plaintiff,

Civil No. 23-2924 (JRT/ECW)

v.

**ORDER**

HEATHER JASSEN,

    Defendant.

Yonis Abdi, ADDRESS UNKNOWN, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated October 17, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2023
at Minneapolis, Minnesota

 s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge